197 F.2d 524
 52-2 USTC P 9475
 H. C. JONES, Collector of Internal Revenue,
v.
W. P. SMITH.
 No. 4290.
 United States Court of Appeals Tenth Circuit.
 May 28, 1952.
 
 Theron L. Caudle, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., and Robert E. Shelton, U.S. Atty., Oklahoma City, Okl., for appellant.
 Ram Morrison, Oklahoma City, Okl., for appellee.
 Before PHILLIPS, Chief Judge, and RITTER, District Judge.
 PER CURIAM.
 
 
 1
 Reversed and remanded May 28, 1952, per stipulation, on authority of Jones, Collector of Internal Revenue, v. Smith, 10 Cir., 193 F.2d 381.